

PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DARRELL ANDRE MAXEY,<br><br>          Defendant. | CASE NO. 1:16-CR-00069-LJO-SKO<br><br>[PROPOSED] ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On May 12, 2016, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above named defendant be produced in Fresno County Superior Court in order that proceedings in connection with People v. Darrell Andre Maxey, F14905923, may proceed. The defendant's next court appearance is scheduled for July 20, 2016 at 8:30 a.m. for an arraignment hearing before the Honorable Brian Alvarez in Fresno County Superior Court, Department 30.

The defendant is currently in the custody of the United States Marshal, charged in the above entitled action, and is being housed at the Fresno County Jail.

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court on July 20, 2016, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on July 20, 2016. The Court further orders that the Fresno

County Sheriff's Office shall produce the defendant for future state court proceedings with his return immediately thereafter to the U.S. Marshal Service once the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that the state court appearance does not conflict with any federal court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

Dated: July 5, 2016

/s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
United States Magistrate Judge