MARC DAYS, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, CA. 93721
Telephone: (559) 708-4844

Attorney for Defendant
DARRELL MAXEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-CR-0069 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | STIPULATION RE PROTECTIVE ORDER; ORDER |
| vs. | ) | |
| DARRELL MAXEY, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, Counsel for Plaintiff, and, Marc Days, Counsel for Defendant, Darrell Maxey, that Counsel for Defendant Maxey may disclose specific portions of discovery to Keith McCray for purposes of obtaining a waiver of any potential conflict of interest. The specific portions of discovery are located at Bates 70:10-72:20 and 75:1-76:25. Defense counsel will not provide a copy of the specific portions of discovery (Bates 70:10-72:20 and 75:1-76:25) to Keith McCray or disclose information that identifies witnesses making statements within the specific portions of discovery.

IT IS SO STIPULATED.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorey

Dated: June 5, 2017  /s/ *Kim Sanchez*
KIM SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

Dated: June 5, 2017        /s/ *Marc Days*
                           MARC DAYS
                           Attorneys for Defendant
                           Darrell Maxey

**O R D E R**

IT IS SO ORDERED.

Dated: **June 5, 2017**        **/s/ Lawrence J. O'Neill**
                               UNITED STATES CHIEF DISTRICT JUDGE