Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
DARRELL MAXEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00083 AWI |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO ADVANCE SENTENCING; PROPOSED ORDER THEREON |
| vs. | ) ) | DATE: September 24, 2018 |
| DARRELL MAXEY, | ) ) | TIME: 8:30 a.m. JUDGE: Hon. Lawrence J. O'Neill |
| *Defendants.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing in the above-captioned matter now scheduled for October 1, 2018, at 8:30 a.m., before the Honorable Lawrence J. O'Neill **may be vacated and the matter advanced to September 24, 2018 at 8:30 a.m., before the Hon. Lawrence J. O'Neill.**

///
///
///
///
///
///
///
///

McGREGOR W. SCOTT
United States Attorney

Dated: September 17, 2018     */s/ Kimberly Sanchez*
                              Kimberly Sanchez
                              Assistant United States Attorney
                              Attorney for Plaintiff


Dated: September 17, 2018     /s/ *Marc Days*
                              MARC DAYS
                              Attorney for Defendant
                              Darrell Maxey


**O R D E R**

**IT IS SO ORDERED.**

**Dated: September 17, 2018**     **/s/ Lawrence J. O'Neill**
                                  **UNITED STATES CHIEF DISTRICT JUDGE**