IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:16-CR-00069-4-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| DARRELL MAXEY, | ) | |
| Defendant. | ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him with respect to the retroactive application of the United States Sentencing Guidelines 2023 Amendments. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Marc Days be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 1, 2024, substituting the Federal Defenders Office appointed per G.O. 670. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 8, 2024**

_____
UNITED STATES DISTRICT JUDGE

-1-