PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00069-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO RESET BREIFING SCHEDULE ON DEFENDANT'S 3582(C) MOTION; [~~PROPOSED~~] ORDER |
| v. | |
| DARRELL MAXEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the government's opposition to Defendant's motion is due 30 days after Defendant files his motion. Defendant filed his motion on April 22, 2024. Dkt. 1025. Government's opposition is therefore due on May 22, 2024.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government needs additional time to file its opposition. Government counsel has had a significant number of case-related deadlines and other work obligations, and needs more time to prepare a thorough response.

   b) On May 20, 2024the government contacted defense counsel regarding filing deadlines in this case. Defense does not object to extending the government's due date for its opposition to June 6, 2024.

    c)  The parties further stipulate to set defendant's due date for any reply for June 20, 2024.

IT IS SO STIPULATED and requested the Court enter an Order setting the requested schedule.

| | |
|---|---|
| Dated: May 21, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated: May 21, 2024 | /s/MARC DAYS<br>ANTHONY P. CAPOZZI<br>Counsel for Defendant<br>DARRELL MAXEY |

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

 Dated: **May 22, 2024**

                     UNITED STATES DISTRICT JUDGE

2

STIPULATION TO RESET BRIEFING SCHEDULE